## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re:  13-20436-asd | ) | **Chapter 13     Proceeding** |
| | ) | |
| **Thomas Chennadu** | ) | **RE: ECF No.** |
| **Debtor** | ) | |
| | ) | |
| **JPMorgan Chase Bank, National Association** | ) | |
| **Movant** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Thomas Chennadu** | ) | |
| **and  Molly T. Whiton , Trustee** | ) | |
| **Respondent** | ) | **January 21, 2014** |

### <u>ORDER ON MOTION FOR LEAVE TO AMEND PROOF OF CLAIM NO. 3-1</u>

The Movant's Motion for Leave to Amend Proof of Claim No. 3-1, ECF #        , is

hereby

### GRANTED / DENIED