Certificate of Service    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re:  13-20436-asd | ) | Chapter 13    Proceeding |
| | ) | |
| **Thomas Chennadu** | ) | |
|     Debtor | ) | |
| | ) | |
| **JPMorgan Chase Bank, National Association** | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Thomas Chennadu** | ) | |
| **and Molly T. Whiton, Trustee** | ) | |
|     Respondent | ) | January 21, 2014 |

### CERTIFICATION OF SERVICE

The undersigned (the "Movant") hereby certifies that, on or before the 21st day of January, 2104, a copy of the Motion for Leave to Amend Proof of Claim and proposed order was served to the following:

Thomas Chennadu
Debtor
4 Young Lane
West Hartford, CT 06110
*Via First Class Mail*

Suzann L. Beckett, Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

Molly T. Whiton, Esq.
Trustee
*Via Electronic Notice of Filing*

U.S. Trustee
*Via Electronic Notice of Filing*

By */s/ Ana M. Fidalgo*
   Ana M. Fidalgo
   The Movant's Attorney
   Federal Bar No.ct28353
   Bendett & McHugh, P.C.
   270 Farmington Avenue, Suite 171
   Farmington, CT 06032
   Phone (860) 677-2868
   Fax (860) 409-0626
   Email: BKECF@bmpc-law.com